UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sheree Renee Breedlove,  Civil No. 20-916 (DWF/TNL)

Plaintiff,

v.  ORDER

Consolidated Vision Group, Inc., et al.,

Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 30, 2021 (Doc. No. 52), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.  Magistrate Judge Leung's November 30, 2021 Report and Recommendation (Doc. No. [52]) is **ADOPTED**.

2.  Defendant's Motion to Dismiss (Doc. No. [43]) is **GRANTED**.

3.  This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 21, 2021  s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge